# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALLIED CAPITAL AND DEVELOPMENT GROUP
OF SOUTH FLORIDA, LLC,**
Appellant,

v.

**NATALIE SCHLEIFER,**
Appellee.

No. 4D21-1359

[October 14, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2020-CA-013407-XXXX-MB.

Richard G. Haddad of Otterbourg P.C., New York, NY, Eleni Kastrenakes Howard of Akerman LLP, West Palm Beach, and Kristen M. Fiore of Akerman LLP, Tallahassee, for appellant.

Gerald F. Richman of Fisher Potter Hodas, PL, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***